**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

DEBTOR: Liudmelys Carrion     JOINT DEBTOR:_____     CASE NO.:_____
Last Four Digits of SS# 8703     Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of _60_ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
    A.    $ 150.92     for months _1_ to _60_; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3650     TOTAL PAID $ 1500 Balance Due $ 2150
        payable $ 107.50     /month (Months _1_ to _20_)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____     Arrearage on Petition Date $ _____
Address: _____     Arrears Payment    $_____/month (Months _____ to _____)
_____     Regular Payment    $_____/month (Months _____ to _____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | _____ To _____ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None_____     Total Due $_____
        Payable    $_____/month (Months ____ to ____) Regular Payment $_____

Unsecured Creditors: Pay $ 28.33/month (Months _1_ to _20_) and Pay $ 135.83/month (Months _21_ to _60_).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditor Hyundai Financial and will continue to pay said creditor directly outside the chapter 13 plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____     _____
Debtor                                                     Joint Debtor
Date: 1-3-17                                             Date:_____

LF-31 (rev. 01/08/10)