RE: Liudmelys Carrion _____        **PRO SE**        Case # 17-10181-RAM _____

**TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION** (Pre 341)

The Trustee reviewed this case for confirmation and found the following deficiencies from the Trustee's letter requesting documents and prior deficiencies and thus objects as follows:

✔ Tax returns: 2016

✔ Bank Account Statements       3 months pre-petition
  #0255 (10/6-1/6/17), #9641 (10/6-1/6/17), _____
  #4449 (12/24-1/6/17) _____
  _____

__ Check copy _____
  _____

__ Explain W/D _____

✔ FMV(NADA/Carmax), Reg and (Payoff) Vehicles_____
  11 HYUNDAI _____

__ FMV and Payoff: Real Estate_____
  _____

__ Non homestead Information Sheet

__ Wage deduction order or motion to waive

**BUSINESS DEBTOR DOCUMENTS**

__ BDQ & attachments     Profit & Loss     Balance Sheet

__ Bank statements and checks     3 months _____
  _____
  _____

__ Photo ID(s)     LF 90     LF67     LF10

__ Domestic Support Info: name address and phone

__ Affidavit of Support

__

__ Other provisions

__ Plan does not fund

__ Calculation errors/improper months _____

__ Valuation motion has not been filed

__ LMM/MMM motion not filed

__ Reaffirm, redeem or surrender Sch D & G creditor

__ Creditor on plan not listed in Schedules or no filed POC

__ Priority debt on Sch E not in plan

__ Object or Conform to Proof of Claim

    Miami-Dade County        Tax Certificate(DE#___)

__ Dept of Revenue        ___ IRS

  _____
  _____-

__ Other:

Reviewed documents received prior to 1/24/2017 _____
(Do not "resend" late documents without first calling the Trustee's office)

Trustee reserves the right to raise additional objects until all requested documents are timely provided. This deficiency is limited to missing documents only. The Trustee will file a Notice of Deficiency with additional document requested and legal issues raised after the 341 - meeting of creditors.

> NOTICE:  Each debtor(s) is required to appear at the meeting of creditors with an original social security card and government issued photographic identification card. Each debtor must complete a written questionnaire prior to the meeting of creditors which will become part of their testimony. This questionnaire must be handed to the Trustee or her staff attorney prior to the commencement of the meeting.  In addition, debtors are cautioned to bring evidence that they have made all payments due under the proposed plan to the meeting of creditors.

Request for continuance must be directed to the Trustee and are only for emergencies. LR 2003-1. The party requesting the continuance has the burden to notice to all creditors. LR 2002-1(C)(3) Failure to appear may result in a dismissal order (see notice of commencement).

        I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or  by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.

Submitted by
NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806,
MIRAMAR, FL 33027
(954) 443-4402

*DOCUMENTS MUST BE RECEIVED OR FILED AND ISSUES ADDRESSED AT LEAST FOURTEEN DAYS PRIOR TO EACH CONFIRMATION  HEARING TO AVOID DISMISSAL*